NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1533

TIMOTHY PETER BAKER,

Plaintiff-Appellant,

v.

JANET NAPOLITANO, Secretary of Homeland Security,

Defendant-Appellee,

and

AMY KATHARINE JOHNSON and RYAN WEDLUND,

Defendants.

Appeal from the United States District Court for the Southern District of Alabama in case no. 1:09-CV-00036, Judge Callie V.S. Granade.

Before RADER, Circuit Judge.

## O R D E R

The court considers whether the parties should be directed to show cause why this appeal should not be transferred to the United States Court of Appeals for the Eleventh Circuit or dismissed.

Timothy Peter Baker appeals from a decision of the United States District Court for the Southern District of Alabama, dismissing his complaint with prejudice. Baker's complaint alleged wrongdoing stemming from a prior settlement agreement between Baker and the Department of Homeland Security.

This court is a court of limited jurisdiction. 28 U.S.C. § 1295. It does not appear that the district court's jurisdiction arose in whole or in part under laws which govern our exclusive jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The parties are directed within 21 days from the date of filing of this order to show cause why this appeal should not be transferred to the United States Court of Appeals for the Eleventh Circuit or dismissed.

(2)   The briefing schedule is stayed.

FOR THE COURT

NOV 0 2 2009
_____
Date

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc:   Timothy Peter Baker
      Devin A. Wolak, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 2 2009

JAN HORBALY
CLERK

2009-1533                                          2